

JoAn ADA GIVIDEN, Pro Se
6985 W. Hogfarm Rd.
McNeal, AZ 85617

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JoAn ADA GIVIDEN, | CASE NUMBER: CV17-0118 TUC BPV |
| Plaintiff, | |
| v. | |
| Dr. LUCIANO FOCHESATTO, MD<br>PEOPLES CHOICE HOSPITAL GROUP<br>SETH GUTERMAN, | COMPLAINT |
| Defendant. | |

**Jurisdiction**

    This court has jurisdiction over this matter pursuant to Defendant in another state, Plaintiff in AZ §§ Medical Malpractice. The plaintiff is a resident of McNeal, Cochise County, Arizona and a citizen of the United States. The defendant, Dr. LUCIANO FOCHESATTO, MD, is a resident of OAKBROOK, ILL 60523 and a citizen of the United States. The defendant, PEOPLES CHOICE HOSPITAL GROUP, is a resident of OAKBROOK, ILL 60523 and a citizen of the United States. The defendant, SETH GUTERMAN, is a resident of OAKBROOK, ILL 60523 and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

ONE BILLION DOLLAR MEDICAL MALPRACTICE,

DELIBERATE, MALICIOUS, DICEITFUL IMPRISONMENT.

INTENTIONALLY INFLECTED EMOTIONAL DISTRESS.

Dr. Fochesatto, caused plaintiff A-fib and permanent lung damage in a very nasty hospital in Douglas AZ that has been closed for being nasty by the health department. Dr. Fochesatto was the hospital doctor on TV only while he was in ILL. Defendant refused to transfer Plaintiff to Tucson where she could get proper care. Peoples Choice Hospital Group owned and operated the hospital in AZ.

Plaintiff repeatedly told Dr. Fochesatto that she could not take the meds he ordered for her because she did not have "COPD" but "Post-Polio Syndrome" and was getting worse under Dr. Fochesatto's care.

Plaintiff had Polio in 1947 and had done a paper on Post-Polio Squealy in college and had been to many doctors over the many years that knew what they were doing.

Plaintiff got to UMC in Tucson on her own after Dr. Fochesatto discharged her saying she had to have oxygen 24/7 now and meds but her insurance would not pay for them. UMC in Tucson kept Plaintiff four days doing tests and sent her home with oxygen and meds that Plaintiffs insurance paid for in full.

**Demand**

The court should order the Defendants to pay all attorney fees, court cost, and pay all the Plaintiff ONE BILLION DOLLARS CASH within thirty (30) days because they have shortened Plaintiffs very life. **Damages: $1,000,000,000,000.00.** Plaintiff had a total of fifteen hours of

heart tests, the year before and not a thing was wrong with plaintiff's heart, before going to this hospital.

Plaintiff is now unable to do the things she use to do, having to hire people to do them. Unable to enjoy life and travel in her motor home, unable to go see her grandchildren and great grandchildren that are located in other states. Not able to get that far from heart doctors.

Plaintiff had never had to take sixteen pills each morning and five each night. All because of the damage Peoples Choice Hospital Group and hiring a TV doctor Fochesatto did to Plaintiff. .

As the Plaintiff, I declare under penalty of perjury that any facts given are correct to the best of Plaintiffs knowledge.

RESPECTFULLY SUBMITTED this 10th Day of MARCH, 2017.

Signature of Pro Se Plaintiff
JoAn ADA GIVIDEN
6985 W. Hogfarm Rd.
McNeal, AZ 85617
520-368-7419