# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JoAn Ada Gividen,<br><br>        Plaintiff,<br><br>v.<br><br>Luciano Fochesatto, et al.,<br><br>        Defendants. | No. CV-17-00118-TUC-JGZ (BGM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bruce G. Macdonald that recommends granting Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and dismissing Plaintiff's Complaint with leave to amend. (Doc. 8.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 8) is accepted and adopted;

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is GRANTED;

3. Plaintiff's Complaint (Doc. 1) is DISMISSED WITH LEAVE TO AMEND.

4. Plaintiff may file an Amended Complaint within **twenty days** of the date this Order is filed. If Plaintiff files an Amended Complaint, the Amended Complaint must state: (1) the factual basis for all of Plaintiff's claims, (2) allege each legal claim as a separate count, (3) name the defendants liable for each count, (3) identify the injury flowing from each count, and (4) identify the remedy sought for each count. The Amended Complaint must be retyped or rewritten in its entirety and may not incorporate any part of the original complaint by reference. LRCiv 7.1(d).

5. **IT IS FURTHER ORDERED** that Plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and Local Rules for the District of Arizona, both of which can be found on the Court's web site at www.azd.uscourts.gov. Plaintiff is advised that a Handbook for Self-Represented Litigants is available on the Court's website at: http://www.azd.uscourts.gov/handbook-self-represented-litigants. In addition, Step Up to Justice offers a free, advice-only clinic for self-represented federal civil litigants on Thursdays from 1:30 p.m. to 3:30 p.m. If Plaintiff wishes to schedule a clinic appointment, she should contact the courthouse librarian, Mary Ann O'Neil, at MaryAnn_O'Neil@LB9.uscourts.gov.

Dated this 7th day of June, 2017.

_____
Honorable Jennifer G. Zipps
United States District Judge